e-file
(2 sided)

# UNITED STATES DISTRICT COURT

__Michael Widmer__
Plaintiff(s)

v.

__Page et al;__
Defendant(s)

Case Number: __13 CV 663 MJR SCW__

## ORIGINAL MOTION FOR APPOINTMENT OF COUNSEL ON AMENDED COMPLAINT

NOTE: Failure to complete all items in this form may result in the denial of this motion.

1. I, __Michael Widmer__, declare that I am the (check appropriate box) ☒ plaintiff ☐ defendant in this proceeding, I am unable to afford the services of an attorney, and I request that the Court appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have contacted the following attorneys/organizations seeking representation in this case: (**This item must be completed, and you should attach documentation showing that you have asked several attorneys to represent you in this case.**)
   I attached responses I had in my possession. Other responses were filed in 5 pending cases in this court in which counsel is appointed.

   but, I have been unable to find an attorney because: Attorneys are not inclined to take cases from prisoners pro bono.
   See attached exhibits

3. In further support of my motion, I declare that (check appropriate box):

   ☐ I am not currently and previously have not been represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☒ I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☐ I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   ☒ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my current financial status.

   ☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, however, my financial status has changed. I have attached an Amended Application to Proceed *In Forma Pauperis* showing my current financial status.

5 Counselors appointed by this court in cases 12-CV-1261 MJR SCW
13-CV-23 MJR SCW
13-CV-24 MJR SCW
13-CV-25 MJR SCW
13-CV-26 MJR SCW

From the law firm of:
Schlichter, Bogard & Denton
100 South Fourth Street,
St Louis MO. 63102

5. ☐ (Check one box) In further support of my motion, I declare that my highest level of education is:

   ☐ Grammar school only  ☐ Some high school  ☒ High school graduate
   ☐ Some college  ☐ College graduate  ☐ Post-graduate

6. ☐ (Check only if applicable) In further support of my motion, I declare that my ability to speak, write, and/or read English is limited, because English is not my primary language OR because:

7. I declare under penalty of perjury that the foregoing is true and correct.

_Michael L Widmer_
Movant's Signature

_PO Box 1000_
Street Address

_July 18, 2013_
Date

_Chester Il 62259_
City, State, Zip

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney by this Court in the civil or criminal actions listed below.

Assigned Judge: MJR-SCW            Case Number: 12-CV-1261
Case Title: Widmer vs Martin
Appointed Attorney Name: Troy Doles et al
If this case is still pending, please check box ☒

Assigned Judge: MJR-SCW            Case Number: 13-CV-23
Case Title: WIDMER vs BAYLER
Appointed Attorney Name: TROY Doles et al
If this case is still pending, please check box ☒

Assigned Judge: MJR SCW             Case Number: 13 CV 24
Case Title: WIDMER VS SHEHORN
Appointed Attorney Name: TROY DOLES et al
If this case is still pending, please check box ☒

8. In support of this request, I state my life is in danger, and that the 5 court appointed attorneys in my other related cases are familiar with the allegations of this complaint and should be appointed in this case.

9. I have additional evidence which I don't know how to present to the court.

10) I havent got the ability, nor resources or access to any material or assistance to intelligently and effectively present my case for hearing.

# SEYFARTH
## ATTORNEYS SHAW LLP

131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000
fax (312) 460-7000
www.seyfarth.com

Writer's direct phone
(312) 460-5332

Writer's e-mail
kargentine@seyfarth.com

September 4, 2012

**ATTORNEY COMMUNICATION**

Mr. Michael Widmer
Prison No.: B30985
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

Dear Mr. Widmer:

    I am writing to let you know that I have received a letter from you dated August 2, 2012 regarding the improper medical treatment you are receiving from the IDOC and Wexford. We have made a copy of the letter from your counselor and are returning the original to you. We currently have a team pursuing a potential class action on behalf of all IDOC inmates against both Wexford and the IDOC concerning medical treatment. Unfortunately, because of the class action we do not have the time or resources to pursue any individual lawsuits, therefore, we cannot represent you in an individual case.

    However, it is our hope that our class action, if successful, will help all IDOC inmates receive proper medical care. In order to do so, we are attempting to collect as much documentation regarding improper medical care as possible and would be interested in seeing your grievances and other documents because improper distribution of medication is one of the issues we are addressing in our complaint.

Very truly yours,

SEYFARTH SHAW LLP

Kristine Rinella Argentine

Enclosures
cc:  Jason Stiehl

Exhibit B

LAW OFFICES

POWER ROGERS & SMITH, P.C.

70 West Madison Street
55th Floor, Chicago
Illinois 60602-4212
TEL: 312 236-9381
FAX: 312 236-0920
www.prslaw.com

Joseph A. Power, Jr.
Larry R. Rogers
Todd A. Smith
Thomas G. Siracusa
Thomas M. Power
Larry R. Rogers, Jr.
Devon C. Bruce
Joseph W. Balesteri
Sean M. Houlihan
Brian LaCien
Carolyn Daley Scott
Jonathan M. Thomas
Kathryn L. Conway

December 18, 2012

Michael L. Widmer (B30985)
10930 Lawrence Road
Sumner, IL 62466

Dear Mr. Widmer:

I am in receipt of your correspondence dated November 12, 2012.

Please be advised that our firm does not handle the type of matters addressed in your letter. Therefore, I am returning herewith your letter, together with the materials you sent to our office.

Very truly yours,

POWER ROGERS & SMITH, P.C.

Thomas M. Power

Thomas M. Power

TMP/sl
Enclosures

*The Law Offices of*
# FREDERICK W. NESSLER
*And Associates, Ltd.*

February 28, 2013

**REPLY TO**
**Springfield Office**

Frederick W. Nessler *
Timothy J. Freiberg
Jonathan T. Nessler
Matthew V. Kennedy
Maria A. Gust

Gary Clark **

**FEIN: 20-8042911**

**Sent Via Certified Mail – Return Receipt Requested**

Michael Widmer B-30985
K-75 10930 Lawrence Road
Sumner, IL 62466

**Re: Your potential medical malpractice claim**

Dear Mr. Widmer:

I sincerely appreciate the opportunity to review your potential claim. As you know, we have conducted a thorough review of the information you provided. We have now completed the review process.

Our decision **does not speak to the ultimate merits of your case**. Please understand that our opinion is just that: an **opinion**. As you know, opinions differ from person to person and from attorney to attorney. Simply because we have declined to go forward does not mean that another attorney may hold a different opinion regarding the case. But, if you wish to seek a second opinion on your case, please **do so immediately**. Do not wait until the last minute as there are **strict time limitations** that apply to filing your case. That is why it is so important, if you choose to seek a second opinion that you do so **right away** to preserve whatever rights you may have. As agreed, although our office has spent a great deal of time investigating your claim, you owe us nothing.

---

536 N. Bruns Lane
Suite 1
Springfield, IL 62702
(217) 698-0202

132 S. Water Street
Suite 535
Decatur, IL 62523
(217) 428-6800

201 W. Springfield Street
Suite 1004
Champaign, IL 61820
(217) 344-8888

202 S. Chicago Street
Lincoln, IL 62656
(217) 735-5502

4320 Spring Creek Road
Rockford, IL 61107
1-800-727-8010

200 W. Exchange Avenue
Ft. Worth, TX 76164
1-800-727-8010

Facsimile: (217) 698-0203
Website: www.nesslerlaw.com     e-mail: lawoffice@nesslerlaw.com
*Also licensed in Colorado & Texas
** Retired
David A. Axelrod & Associates, P.C., Of Counsel

20 S. Clark Street
Suite 2200
Chicago, IL 60603
1-800-727-8010

  

Case 3:13-cv-00663-MJR-SCW   Document 13   Filed 07/22/13   Page 10 of 18   Page ID #33

Page 2
February 28, 2013

Again, I thank you for your time and consideration of this office. I truly regret that we cannot go forward with representation. If you have any questions or concerns, please call me without delay. I wish you the best of luck in the future.

Thanking you for your attention to this matter, I remain,

**Very truly yours,
NESSLER & ASSOCIATES, LTD.**

Jonathan T. Nessler
Attorney at Law

JTN:vb

---

| | | | | |
|---|---|---|---|---|
| 536 N. Bruns Lane | 132 S. Water Street | 201 W. Springfield Street | 202 S. Chicago Street | 4320 Spring Creek Road |
| Suite 1 | Suite 535 | Suite 1004 | Lincoln, IL 62656 | Rockford, IL 61107 |
| Springfield, IL 62702 | Decatur, IL 62523 | Champaign, IL 61820 | (217) 735-5502 | 1-800-727-8010 |
| (217) 698-0202 | (217) 428-6800 | (217) 344-8888 | | |

200 W. Exchange Avenue
Ft. Worth, TX 76164
1-800-727-8010

Facsimile: (217) 698-0203
Website: www.nesslerlaw.com    e-mail: lawoffice@nesslerlaw.com
*Also licensed in Colorado & Texas
** Retired
David A. Axelrod & Associates, P.C., Of Counsel

20 S. Clark Street
Suite 2200
Chicago, IL 60603
1-800-727-8010




UPTOWN PEOPLE'S LAW CENTER
4413 NORTH SHERIDAN • CHICAGO, IL 60640
PHONE: 773.769.1411 • FAX: 773.769.2224

June 19, 2013

**PRIVILEGED ATTORNEY-CLIENT COMMUNICATION**

Mr. Michael L Widmer
B30985
Lawrence Correctional Center
K 75 10930 Lawrence Road
Sumner, Illinois 62466

  Re: **Request for Assistance**

Dear Mr. Widmer;

  We received your letter asking for help with your civil rights case, criminal case or other matter relating to your situation in prison. Unfortunately, we are not in a position to assist you. We are a very small legal clinic. While we represent many prisoners, we get hundreds of letters asking for help, but unfortunately we can only help a very few people. For your information, we do not practice criminal law--including appeals, habeas, post convictions, etc.

  Please be assured that our inability to help you does not mean that you do not have a good claim. We are forced to turn down many claims which are both morally compelling and have a sound legal basis. We simply do not have the resources to help everyone who needs help. We are truly sorry that we will not be able to take on your case, but we simply do not have the time needed to properly represent you, and we do not want to commit to you that we would do something which we can not, in reality, do.

  If your question is about a case you want to bring challenging the way you are being treated in prison, be sure that you exhaust all administrative remedies. With very few exceptions, federal law now requires that you complete the grievance process all the way through the ARB in Springfield. If you do not do so, or if you miss any deadlines, then you risk of forever losing the right to bring a case.

  We are returning any documents you sent us. *We have not kept copies.*

  We wish you the best of luck.

  Sincerely,

**Uptown People's Law Center**

UNITED STATES COURTHOUSE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS

WIDMER vs Page etal 13cv663 MJR/SCW

Dear Clerk,

## Notice Of Filing

Please file the attached documents:

1) Amended Section 1983 Complaint + exhibits
2) Motion for Recruitment Of Counsel and exhibits A, B, C & D.
3) ~~Section 1983 Complaint + Motion~~
~~WIDMER v. HARRISON~~

Thank You,

July 19, 2013

Respectfully,

Michael Widner
Plaintiff pro se
B30985
Menard, PO 1000,
Chester Il.
62259

IN THE

Southern District Of Illinois Federal Court
East St. Louis Il.

Michael Widmer )
Plaintiff/Petitioner )
)
Vs. )  No. 13 CV 663 MJR-SCW
)
Page et al; )
Defendant/Respondent )

SCANNED AT MENARD and E-mailed
7-22-13 by TK  41 pages
date    initials    No.

## PROOF/CERTIFICATE OF SERVICE

TO: Brad Bramlet    →    TO: US District Federal
Menard, Legal Coordinator       Court, East St Louis Il.
Menard Law Library              to be e-filed
Chester Il. 62259

PLEASE TAKE NOTICE that on July 18th, 2013, I placed the attached or enclosed documents in the institutional mail Amended Complaint, + Motion, at Menard Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service e-filing.

DATED: July 18, 2013

/s/ Michael J Widmer
Name: Michael Widmer
IDOC#: R30985
Address: Menard, PO Box 1000,
Chester Il 62259

Subscribed and sworn to before me this ____ day of _____, 20____

N/A
Notary Public