Widmer
v
Page et al;

Case No. 13-cv-663

## Motion To Supplement

1) Plaintiff prose, Michael Widmer, filed the instant complaint and in request for relief, in part asks the court order defendant John or Jane Doe Mail Room employees and defendants Harrington, Jones and Butler to be enjoined from obstructing plaintiffs incoming and outgoing US Mail legal and privileged mail.

2) Plaintiffs counsel in other cases, sent a letter to defendants counsel in this case requesting the defendants not open or obstruct plaintiffs legal mail. (See exhibit K on amended complaint) July 11, 2013.

3) On July 21, 2013, plaintiff addressed mail to Illinois Governor Pat Quinn and placed in US Mail with a voucher for postage at Menard. (See ex #1+2)

4) Plaintiff is indigent. (See exhibit #3)

5) IDOC DR 525 states legal and privileged mail can be sealed and postage will be charged against an inmates trust and will not be obstructed (See ex #4)

6) Mail to Illinois Governor is privileged mail. (See ex 4 at page 2)

7) Defendant John or Jane Doe, wrote "insufficient funds" on plaintiffs outgoing privileged mail to Governor Quinn's (voucher Exhibit 2) and returned mail to plaintiff on July 26, 2013, refusing to send mail to Governor Quinn.

8) Plaintiff asks the court enter this into evidence in support of his motion for injunctive relief, to enjoin the aforesaid defendants from continuing to obstruct his incoming and outgoing US mail, legal mail and privileged mail.

Respectfully,
plaintiff pro se Michael Widmer
Michael Widmer

IN THE US DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST LOUIS

WIDMER )
vs )
PAGE et al; ) Case No. 13 C 663
)
)

Dear Clerk, <u>Notice Of Filing</u>

Please file the attached Motion To Supplement, and exhibits. Thank You.

Respectfully,
plaintiff pro se
Michael Widmer

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST LOUIS

Michael Widmer )
Plaintiff/Petitioner )
)
Vs. ) No. 13 C 663
)
Page et al; )
Defendant/Respondent )

SCANNED AT MENARD and E-mailed
8-5-13 by TK 11 pages
date initials No.

## PROOF/CERTIFICATE OF SERVICE

TO: Brad Bramlet → TO: Clerk US District
Menard, Legal Liazon Court, East St Louis, Il.
Law Library Via Email.

PLEASE TAKE NOTICE that on July 28, 20 13, I placed the attached or enclosed documents in the institutional mail at MENARD Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service

DATED: July 28, 2013

/s/ Michael Widmer
Name: MICHAEL WIDMER
IDOC#: B30985
Address: Menard, PO 1000,
Chester Il 62259

~~Subscribed and sworn to before me this~~ ___ ~~day of~~ ___ ~~, 20~~___.

_____

~~Notary Public~~