te: 10/30/2013                    Lawrence Correctional Center                                           Page 1
ne:   9:59am       13-463                    Trust Fund
d_list_inmate_trans_statement_composite    Inmate Transaction Statement       618-48 FILED

                                                                              OCT 3 1 2013
                                                                           CLERK, U.S. DISTRICT COURT
REPORT CRITERIA - Date: 02/01/2013 thru End;   Inmate: B30985;   Active Status Only ? : No;   Print Restrictions ? : Yes;
    Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes
                                    Balance Errors Only ? : No              SOUTHERN DISTRICT OF ILLINOIS
                                                                               EAST ST. LOUIS OFFICE

**Inmate: B30985 Widmer, Michael L.**                **Housing Unit: LAW-S -AL-16**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Beginning Balance: | | 0.14 |
| 02/06/13 | Mail Room | 01 MO/Checks (Not Held) | 037221 | 17972 | Voerhers, Vaugh | | 50.00 | 50.14 |
| 02/13/13 | Payroll | 20 Payroll Adjustment | 044134 | | P/R month of 1 2013 | | 5.00 | 55.14 |
| 02/20/13 | Mail Room | 10 Western Union | 051200 | 7218448193 | Barkley, Ellon | | 200.00 | 255.14 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004103, DOC: 523 Fun, | Inv. Date: 01/16/2013 | -1.10 | 254.04 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004104, DOC: 523 Fun, | Inv. Date: 01/16/2013 | -.45 | 253.59 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004134, DOC: 523 Fun, | Inv. Date: 01/23/2013 | -3.40 | 250.19 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004135, DOC: 523 Fun, | Inv. Date: 01/23/2013 | -.45 | 249.74 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004141, DOC: 523 Fun, | Inv. Date: 01/23/2013 | -.45 | 249.29 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000205, DOC: 523 Fun, | Inv. Date: 01/23/2013 | -10.20 | 239.09 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004142, DOC: 523 Fun, | Inv. Date: 01/23/2013 | -.45 | 238.64 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004137, DOC: 523 Fun, | Inv. Date: 01/25/2013 | -.45 | 238.19 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000375, DOC: 523 Fun, | Inv. Date: 01/28/2013 | -1.72 | 236.47 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000375, DOC: 523 Fun, | Inv. Date: 01/28/2013 | -1.72 | 234.75 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000375, DOC: 523 Fun, | Inv. Date: 01/28/2013 | -.66 | 234.09 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000375, DOC: 523 Fun, | Inv. Date: 01/28/2013 | -.66 | 233.43 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004209, DOC: 523 Fun, | Inv. Date: 02/01/2013 | -1.52 | 231.91 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000416, DOC: 523 Fun, | Inv. Date: 02/05/2013 | -.66 | 231.25 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000416, DOC: 523 Fun, | Inv. Date: 02/05/2013 | -.92 | 230.33 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000429, DOC: 523 Fun, | Inv. Date: 02/07/2013 | -2.30 | 228.03 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000439, DOC: 523 Fun, | Inv. Date: 02/08/2013 | -5.49 | 222.54 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000564, DOC: 523 Fun, | Inv. Date: 02/13/2013 | -.46 | 222.08 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000573, DOC: 523 Fun, | Inv. Date: 02/15/2013 | -1.84 | 220.24 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000573, DOC: 523 Fun, | Inv. Date: 02/15/2013 | -.46 | 219.78 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000600, DOC: 523 Fun, | Inv. Date: 02/21/2013 | -17.98 | 201.80 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000138, DOC: 523 Fun, | Inv. Date: 01/08/2013 | -7.65 | 194.15 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000138, DOC: 523 Fun, | Inv. Date: 01/08/2013 | -6.45 | 187.70 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000151, DOC: 523 Fun, | Inv. Date: 01/10/2013 | -7.85 | 179.85 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000209, DOC: 523 Fun, | Inv. Date: 01/23/2013 | -34.80 | 145.05 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000213, DOC: 523 Fun, | Inv. Date: 01/24/2013 | -1.20 | 143.85 |

2013-10-30 15:44   6189362863        6189362863 >>        P 2/4
Case 3:13-cv-00663-MJR-SCW Document 74 Filed 10/31/13 Page 2 of 8 Page ID #276

Date: 10/30/2013  
Time: 9:59am  
d_list_inmate_trans_statement_composite

**Lawrence Correctional Center**  
**Trust Fund**  
**Inmate Transaction Statement**

Page 2

REPORT CRITERIA - Date: 02/01/2013 thru End;    Inmate: B30985;    Active Status Only ? : No;    Print Restrictions ? : Yes;  
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print  
Balance Errors Only ? : No

**Inmate: B30985 Widmer, Michael L.**     **Housing Unit: LAW-S -AL-16**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000395, DOC: 523 Fun, Inv. Date: 02/01/2013 | -3.75 | 140.10 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000422, DOC: 523 Fun, Inv. Date: 02/06/2013 | -1.35 | 138.75 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000441, DOC: 523 Fun, Inv. Date: 02/08/2013 | -51.30 | 87.45 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000566, DOC: 523 Fun, Inv. Date: 02/15/2013 | -4.90 | 82.55 |
| 02/27/13 | Mail Room | 10 Western Union | 058200 | 0624297581 | Barkley, Ellen | 75.00 | 157.55 |
| 02/28/13 | Point of Sale | 60 Commissary | 059792 | 405694 | Commissary | -5.03 | 152.52 |
| 03/12/13 | Payroll | 20 Payroll Adjustment | 071134 | | P/R month of 2 2013 | 4.08 | 156.60 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000606, DOC: 523 Fun, Inv. Date: 02/21/2013 | -50.10 | 106.50 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000626, DOC: 523 Fun, Inv. Date: 02/22/2013 | -31.25 | 75.25 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000633, DOC: 523 Fun, Inv. Date: 02/27/2013 | -.50 | 74.75 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000677, DOC: 523 Fun, Inv. Date: 03/05/2013 | -1.35 | 73.40 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000729, DOC: 523 Fun, Inv. Date: 03/11/2013 | -1.60 | 71.80 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000730, DOC: 523 Fun, Inv. Date: 03/11/2013 | -3.00 | 68.80 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000731, DOC: 523 Fun, Inv. Date: 03/11/2013 | -1.65 | 67.15 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000779, DOC: 523 Fun, Inv. Date: 03/13/2013 | -1.75 | 65.40 |
| 03/19/13 | Disbursements | 81 Legal Postage | 078334 | Chk #38449 | 000623, DOC: 523 Fun, Inv. Date: 02/22/2013 | -8.48 | 56.92 |
| 03/19/13 | Disbursements | 81 Legal Postage | 078334 | Chk #38449 | 000623, DOC: 523 Fun, Inv. Date: 02/22/2013 | -53.60 | 3.32 |
| 03/19/13 | Disbursements | 81 Legal Postage | 078334 | Chk #38449 | 004286, DOC: 523 Fun, Inv. Date: 02/25/2013 | -2.72 | .60 |
| 04/11/13 | Payroll | 20 Payroll Adjustment | 101134 | | P/R month of 3 2013 | 5.00 | 5.60 |
| 04/23/13 | Disbursements | 81 Legal Postage | 113334 | Chk #38869 | 000780, DOC: 523 Fun, Inv. Date: 03/13/2013 | -3.32 | 2.28 |
| 04/23/13 | Disbursements | 81 Legal Postage | 113334 | Chk #38869 | 001189, DOC: 523 Fun, Inv. Date: 04/11/2013 | -.46 | 1.82 |
| 04/23/13 | Disbursements | 84 Library | 113334 | Chk #38870 | 004402, DOC: 523 Fun, Inv. Date: 04/02/2013 | -1.50 | .32 |
| 05/14/13 | Payroll | 20 Payroll Adjustment | 134134 | | P/R month of 4 2013 | 4.08 | 4.40 |
| 05/24/13 | Disbursements | 81 Legal Postage | 144334 | Chk #39138 | 004394, DOC: 523 Fun, Inv. Date: 03/29/2013 | -3.58 | .82 |
| 05/24/13 | Disbursements | 81 Legal Postage | 144334 | Chk #39138 | 001213, DOC: 523 Fun, Inv. Date: 04/16/2013 | -.46 | .36 |
| 05/29/13 | Mail Room | 09 Miscellaneous Receipts | 149269 | 26220 | Concordia Facility, .Benefit | 20.00 | 20.36 |
| 06/14/13 | Payroll | 20 Payroll Adjustment | 165134 | | P/R month of 5 2013 | 2.38 | 22.74 |
| 06/25/13 | Disbursements | 81 Legal Postage | 176334 | Chk #39372 | 000714, DOC: 523 Fun, Inv. Date: 03/08/2013 | -10.48 | 12.26 |
| 06/25/13 | Disbursements | 81 Legal Postage | 176334 | Chk #39372 | 000843, DOC: 523 Fun, Inv. Date: 03/21/2013 | -8.52 | 3.74 |
| 06/25/13 | Disbursements | 81 Legal Postage | 176334 | Chk #39372 | 001228, DOC: 523 Fun, Inv. Date: 04/17/2013 | -.46 | 3.28 |
| 06/25/13 | Disbursements | 84 Library | 176334 | Chk #39373 | 004404, DOC: 523 Fun, Inv. Date: 04/02/2013 | -3.05 | .23 |
| 06/27/13 | Disbursements | 99 Transfer Inmate | 178334 | Chk #39379 | Menard CC,   Inv. Date: 06/20/2013 | 322.93 | 323.16 |

Page 2

Date: 10/30/2013        **Lawrence Correctional Center**        Page 3
Time: 9:59am        **Trust Fund**
d_list_inmate_trans_statement_composite        Inmate Transaction Statement

REPORT CRITERIA - Date: 02/01/2013 thru End;   Inmate: B30985;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B30985 Widmer, Michael L.**      **Housing Unit: LAW-S -AL-16**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 000648, DOC: 523 Fun, | Inv. Date: 03/01/2013 | -30.32 | 292.84 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 001205, DOC: 523 Fun, | Inv. Date: 04/15/2013 | -1.52 | 291.32 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 001228, DOC: 523 Fun, | Inv. Date: 04/17/2013 | -.46 | 290.86 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 001358, DOC: 523 Fun, | Inv. Date: 04/24/2013 | -.92 | 289.94 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004556, DOC: 523 Fun, | Inv. Date: 04/29/2013 | -4.62 | 285.32 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004557, DOC: 523 Fun, | Inv. Date: 04/29/2013 | -6.76 | 278.56 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004565, DOC: 523 Fun, | Inv. Date: 04/29/2013 | -3.08 | 275.48 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004566, DOC: 523 Fun, | Inv. Date: 04/29/2013 | -.92 | 274.56 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004657, DOC: 523 Fun, | Inv. Date: 05/06/2013 | -3.56 | 271.00 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004660, DOC: 523 Fun, | Inv. Date: 05/07/2013 | -.92 | 270.08 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004660, DOC: 523 Fun, | Inv. Date: 05/07/2013 | -2.30 | 267.78 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004771, DOC: 523 Fun, | Inv. Date: 05/10/2013 | -2.18 | 265.60 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004808, DOC: 523 Fun, | Inv. Date: 05/18/2013 | -1.32 | 264.28 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004947, DOC: 523 Fun, | Inv. Date: 05/23/2013 | -3.18 | 261.10 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004947, DOC: 523 Fun, | Inv. Date: 05/23/2013 | -1.32 | 259.78 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004974, DOC: 523 Fun, | Inv. Date: 05/28/2013 | -.46 | 259.32 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004979, DOC: 523 Fun, | Inv. Date: 05/28/2013 | -4.84 | 254.48 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005030, DOC: 523 Fun, | Inv. Date: 06/03/2013 | -7.10 | 247.38 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005081, DOC: 523 Fun, | Inv. Date: 06/05/2013 | -5.32 | 242.06 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005227, DOC: 523 Fun, | Inv. Date: 06/10/2013 | -.46 | 241.60 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005229, DOC: 523 Fun, | Inv. Date: 06/10/2013 | -46.72 | 194.88 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005229, DOC: 523 Fun, | Inv. Date: 06/10/2013 | -5.32 | 189.56 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005247, DOC: 523 Fun, | Inv. Date: 06/11/2013 | -.46 | 189.10 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005249, DOC: 523 Fun, | Inv. Date: 06/12/2013 | -19.16 | 169.94 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005320, DOC: 523 Fun, | Inv. Date: 06/18/2013 | -2.12 | 167.82 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005324, DOC: 523 Fun, | Inv. Date: 06/18/2013 | -1.58 | 166.24 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005324, DOC: 523 Fun, | Inv. Date: 06/18/2013 | -1.32 | 164.92 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005328, DOC: 523 Fun, | Inv. Date: 06/18/2013 | -.92 | 164.00 |

Date: 10/30/2013  
Time: 9:59am  
d_list_inmate_trans_statement_composite

**Lawrence Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 4

REPORT CRITERIA - Date: 02/01/2013 thru End;   Inmate: B30985;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B30985 Widmer, Michael L.**                        **Housing Unit: LAW-S-AL-16**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 000650, DOC: 523 Fun, | Inv. Date: 03/01/2013 | -38.55 | 125.45 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 000729, DOC: 523 Fun, | Inv. Date: 03/11/2013 | -15.40 | 110.05 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 000854, DOC: 523 Fun, | Inv. Date: 03/25/2013 | -18.70 | 91.35 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 000857, DOC: 523 Fun, | Inv. Date: 03/25/2013 | -17.00 | 74.35 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 001282, DOC: 523 Fun, | Inv. Date: 04/18/2013 | -3.60 | 70.75 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 004567, DOC: 523 Fun, | Inv. Date: 04/30/2013 | -3.60 | 67.15 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 004568, DOC: 523 Fun, | Inv. Date: 04/30/2013 | -10.05 | 57.10 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 004570, DOC: 523 Fun, | Inv. Date: 04/30/2013 | -.40 | 56.70 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 004662, DOC: 523 Fun, | Inv. Date: 05/07/2013 | -4.75 | 51.95 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 004741, DOC: 523 Fun, | Inv. Date: 05/09/2013 | -15.95 | 36.00 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 004850, DOC: 523 Fun, | Inv. Date: 05/20/2013 | -7.95 | 28.05 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 004978, DOC: 523 Fun, | Inv. Date: 05/28/2013 | -1.35 | 26.70 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 004984, DOC: 523 Fun, | Inv. Date: 05/29/2013 | -1.95 | 24.75 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 004986, DOC: 523 Fun, | Inv. Date: 05/29/2013 | -.50 | 24.25 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 005000, DOC: 523 Fun, | Inv. Date: 05/30/2013 | -11.65 | 12.60 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 005000, DOC: 523 Fun, | Inv. Date: 05/30/2013 | -1.10 | 11.50 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 005092, DOC: 523 Fun, | Inv. Date: 06/05/2013 | -4.90 | 6.60 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 005234, DOC: 523 Fun, | Inv. Date: 06/10/2013 | -6.25 | .35 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 005235, DOC: 523 Fun, | Inv. Date: 06/10/2013 | -.35 | .00 |

|  |  |
|---|---|
| Total Inmate Funds: | .00 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .00 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

Date: 10/30/2013  
Time: 9:59am  
d_list_inmate_trans_statement_composite  

**Lawrence Correctional Center**  
**Trust Fund**  
**Inmate Transaction Statement**

618-482-9383

REPORT CRITERIA - Date: 02/01/2013 thru End;    Inmate: B30985;    Active Status Only ? : No;    Print Restrictions ? : Yes;  
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: B30985 Widmer, Michael L.**              **Housing Unit: LAW-S-AL-16**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|---|--------|---------|
| | | | | | | Beginning Balance: | | 0.14 |
| 02/06/13 | Mail Room | 01 MO/Checks (Not Held) | 037221 | 17972 | Vorchers, Vaugh | | 50.00 | 50.14 |
| 02/13/13 | Payroll | 20 Payroll Adjustment | 044134 | | P/R month of 1 2013 | | 5.00 | 55.14 |
| 02/20/13 | Mail Room | 10 Western Union | 051200 | 7218448193 | Barkley, Ellen | | 200.00 | 255.14 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004103, DOC: 523 Fun, 01/16/2013 | Inv. Date: | -1.10 | 254.04 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004104, DOC: 523 Fun, 01/16/2013 | Inv. Date: | -.45 | 253.59 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004134, DOC: 523 Fun, 01/23/2013 | Inv. Date: | -3.40 | 250.19 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004135, DOC: 523 Fun, 01/23/2013 | Inv. Date: | -.45 | 249.74 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004141, DOC: 523 Fun, 01/23/2013 | Inv. Date: | -.45 | 249.29 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000205, DOC: 523 Fun, 01/23/2013 | Inv. Date: | -10.20 | 239.09 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004142, DOC: 523 Fun, 01/23/2013 | Inv. Date: | -.45 | 238.64 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004137, DOC: 523 Fun, 01/25/2013 | Inv. Date: | -.45 | 238.19 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000375, DOC: 523 Fun, 01/28/2013 | Inv. Date: | -1.72 | 236.47 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000375, DOC: 523 Fun, 01/28/2013 | Inv. Date: | -1.72 | 234.75 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000375, DOC: 523 Fun, 01/28/2013 | Inv. Date: | -.66 | 234.09 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000375, DOC: 523 Fun, 01/28/2013 | Inv. Date: | -.66 | 233.43 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004209, DOC: 523 Fun, 02/01/2013 | Inv. Date: | -1.52 | 231.91 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000416, DOC: 523 Fun, 02/05/2013 | Inv. Date: | -.66 | 231.25 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000416, DOC: 523 Fun, 02/05/2013 | Inv. Date: | -.92 | 230.33 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000429, DOC: 523 Fun, 02/07/2013 | Inv. Date: | -2.30 | 228.03 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000439, DOC: 523 Fun, 02/08/2013 | Inv. Date: | -5.49 | 222.54 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000584, DOC: 523 Fun, 02/13/2013 | Inv. Date: | -.46 | 222.08 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000573, DOC: 523 Fun, 02/15/2013 | Inv. Date: | -1.84 | 220.24 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000573, DOC: 523 Fun, 02/15/2013 | Inv. Date: | -.46 | 219.78 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000600, DOC: 523 Fun, 02/21/2013 | Inv. Date: | -17.98 | 201.80 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000138, DOC: 523 Fun, 01/08/2013 | Inv. Date: | -7.65 | 194.15 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000138, DOC: 523 Fun, 01/08/2013 | Inv. Date: | -6.45 | 187.70 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000151, DOC: 523 Fun, 01/10/2013 | Inv. Date: | -7.85 | 179.85 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000209, DOC: 523 Fun, 01/23/2013 | Inv. Date: | -34.80 | 145.05 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000213, DOC: 523 Fun, 01/24/2013 | Inv. Date: | -1.20 | 143.85 |

Date: 10/30/2013     Lawrence Correctional Center     Page 2
Time: 9:59am     Trust Fund
d_list_inmate_trans_statement_composite     Inmate Transaction Statement

REPORT CRITERIA - Date: 02/01/2013 thru End;   Inmate: B30985;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B30985 Widmer, Michael L.**     **Housing Unit: LAW-S-AL-16**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000395, DOC: 523 Fun, | Inv. Date: 02/01/2013 | -3.75 | 140.10 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000422, DOC: 523 Fun, | Inv. Date: 02/06/2013 | -1.35 | 138.75 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000441, DOC: 523 Fun, | Inv. Date: 02/08/2013 | -51.30 | 87.45 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000586, DOC: 523 Fun, | Inv. Date: 02/15/2013 | -4.90 | 82.55 |
| 02/27/13 | Mail Room | 10 Western Union | 058200 | 0624297581 | Barkley, Ellen | | 75.00 | 157.55 |
| 02/28/13 | Point of Sale | 60 Commissary | 059792 | 405694 | Commissary | | -5.03 | 152.52 |
| 03/12/13 | Payroll | 20 Payroll Adjustment | 071134 | | P/R month of 2 2013 | | 4.08 | 156.60 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000606, DOC: 523 Fun, | Inv. Date: 02/21/2013 | -50.10 | 106.50 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000626, DOC: 523 Fun, | Inv. Date: 02/22/2013 | -31.25 | 75.25 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000633, DOC: 523 Fun, | Inv. Date: 02/27/2013 | -.50 | 74.75 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000677, DOC: 523 Fun, | Inv. Date: 03/05/2013 | -1.35 | 73.40 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000729, DOC: 523 Fun, | Inv. Date: 03/11/2013 | -1.60 | 71.80 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000730, DOC: 523 Fun, | Inv. Date: 03/11/2013 | -3.00 | 68.80 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000731, DOC: 523 Fun, | Inv. Date: 03/11/2013 | -1.65 | 67.15 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000779, DOC: 523 Fun, | Inv. Date: 03/13/2013 | -1.75 | 65.40 |
| 03/19/13 | Disbursements | 81 Legal Postage | 078334 | Chk #38449 | 000823, DOC: 523 Fun, | Inv. Date: 02/22/2013 | -8.48 | 56.92 |
| 03/19/13 | Disbursements | 81 Legal Postage | 078334 | Chk #38449 | 000823, DOC: 523 Fun, | Inv. Date: 02/22/2013 | -53.60 | 3.32 |
| 03/19/13 | Disbursements | 81 Legal Postage | 078334 | Chk #38449 | 004286, DOC: 523 Fun, | Inv. Date: 02/25/2013 | -2.72 | .60 |
| 04/11/13 | Payroll | 20 Payroll Adjustment | 101134 | | P/R month of 3 2013 | | 5.00 | 5.60 |
| 04/23/13 | Disbursements | 81 Legal Postage | 113334 | Chk #38869 | 000780, DOC: 523 Fun, | Inv. Date: 03/13/2013 | -3.32 | 2.28 |
| 04/23/13 | Disbursements | 81 Legal Postage | 113334 | Chk #38869 | 001189, DOC: 523 Fun, | Inv. Date: 04/11/2013 | -.46 | 1.82 |
| 04/23/13 | Disbursements | 84 Library | 113334 | Chk #38870 | 004402, DOC: 523 Fun, | Inv. Date: 04/02/2013 | -1.50 | .32 |
| 05/14/13 | Payroll | 20 Payroll Adjustment | 134134 | | P/R month of 4 2013 | | 4.08 | 4.40 |
| 05/24/13 | Disbursements | 81 Legal Postage | 144334 | Chk #39138 | 004394, DOC: 523 Fun, | Inv. Date: 03/29/2013 | -3.58 | .82 |
| 05/24/13 | Disbursements | 81 Legal Postage | 144334 | Chk #39138 | 001213, DOC: 523 Fun, | Inv. Date: 04/16/2013 | -.46 | .36 |
| 05/29/13 | Mail Room | 09 Miscellaneous Receipts | 149269 | 26220 | Concordia Facility, .Benefit | | 20.00 | 20.36 |
| 06/14/13 | Payroll | 20 Payroll Adjustment | 165134 | | P/R month of 5 2013 | | 2.38 | 22.74 |
| 06/25/13 | Disbursements | 81 Legal Postage | 176334 | Chk #39372 | 000714, DOC: 523 Fun, | Inv. Date: 03/08/2013 | -10.48 | 12.26 |
| 06/25/13 | Disbursements | 81 Legal Postage | 176334 | Chk #39372 | 000843, DOC: 523 Fun, | Inv. Date: 03/21/2013 | -8.52 | 3.74 |
| 06/25/13 | Disbursements | 81 Legal Postage | 176334 | Chk #39372 | 001228, DOC: 523 Fun, | Inv. Date: 04/17/2013 | -.46 | 3.28 |
| 06/25/13 | Disbursements | 84 Library | 176334 | Chk #39373 | 004404, DOC: 523 Fun, | Inv. Date: 04/02/2013 | -3.05 | .23 |
| 06/27/13 | Disbursements | 99 Transfer Inmate | 178334 | Chk #39379 | Menard CC, | Inv. Date: 06/20/2013 | 322.93 | 323.16 |

Page 2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: 10/30/2013 | | | Lawrence Correctional Center | | | | Page 3 |
| Time: 9:59am | | | Trust Fund | | | | |
| d_list_inmate_trans_statement_composite | | | Inmate Transaction Statement | | | | |

REPORT CRITERIA - Date: 02/01/2013 thru End;    Inmate: B30985;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: B30985 Widmer, Michael L.**                         **Housing Unit: LAW-S-AL-16**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 000648, DOC: 523 Fun, 03/01/2013 | Inv. Date: | -30.32 | 292.84 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 001205, DOC: 523 Fun, 04/15/2013 | Inv. Date: | -1.52 | 291.32 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 001228, DOC: 523 Fun, 04/17/2013 | Inv. Date: | -.46 | 290.86 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 001356, DOC: 523 Fun, 04/24/2013 | Inv. Date: | -.92 | 289.94 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004556, DOC: 523 Fun, 04/29/2013 | Inv. Date: | -4.62 | 285.32 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004557, DOC: 523 Fun, 04/29/2013 | Inv. Date: | -6.76 | 278.56 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004565, DOC: 523 Fun, 04/29/2013 | Inv. Date: | -3.08 | 275.48 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004566, DOC: 523 Fun, 04/29/2013 | Inv. Date: | -.92 | 274.56 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004657, DOC: 523 Fun, 05/06/2013 | Inv. Date: | -3.56 | 271.00 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004660, DOC: 523 Fun, 05/07/2013 | Inv. Date: | -.92 | 270.08 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004660, DOC: 523 Fun, 05/07/2013 | Inv. Date: | -2.30 | 267.78 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004771, DOC: 523 Fun, 05/10/2013 | Inv. Date: | -2.18 | 265.60 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004808, DOC: 523 Fun, 05/16/2013 | Inv. Date: | -1.32 | 264.28 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004947, DOC: 523 Fun, 05/23/2013 | Inv. Date: | -3.18 | 261.10 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004947, DOC: 523 Fun, 05/23/2013 | Inv. Date: | -1.32 | 259.78 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004974, DOC: 523 Fun, 05/28/2013 | Inv. Date: | -.46 | 259.32 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 004979, DOC: 523 Fun, 05/28/2013 | Inv. Date: | -4.84 | 254.48 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005030, DOC: 523 Fun, 06/03/2013 | Inv. Date: | -7.10 | 247.38 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005081, DOC: 523 Fun, 06/05/2013 | Inv. Date: | -5.32 | 242.06 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005227, DOC: 523 Fun, 06/10/2013 | Inv. Date: | -.46 | 241.60 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005229, DOC: 523 Fun, 06/10/2013 | Inv. Date: | -46.72 | 194.88 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005229, DOC: 523 Fun, 06/10/2013 | Inv. Date: | -5.32 | 189.56 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005247, DOC: 523 Fun, 06/11/2013 | Inv. Date: | -.46 | 189.10 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005249, DOC: 523 Fun, 06/12/2013 | Inv. Date: | -19.16 | 169.94 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005320, DOC: 523 Fun, 06/18/2013 | Inv. Date: | -2.12 | 167.82 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005324, DOC: 523 Fun, 06/18/2013 | Inv. Date: | -1.58 | 166.24 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 006324, DOC: 523 Fun, 06/18/2013 | Inv. Date: | -1.32 | 164.92 |
| 07/22/13 | Disbursements | 81 Legal Postage | 203334 | Chk #39636 | 005328, DOC: 523 Fun, 06/18/2013 | Inv. Date: | -.92 | 164.00 |

Date: 10/30/2013  
Time: 9:59am  
d_list_inmate_trans_statement_composite

Lawrence Correctional Center  
**Trust Fund**  
Inmate Transaction Statement

Page 4

REPORT CRITERIA - Date: 02/01/2013 thru End; Inmate: B30985; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: B30985 Widmer, Michael L.**  **Housing Unit: LAW-S -AL-16**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 000650, DOC: 523 Fun, | Inv. Date: 03/01/2013 | -38.55 | 125.45 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 000729, DOC: 523 Fun, | Inv. Date: 03/11/2013 | -15.40 | 110.05 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 000854, DOC: 523 Fun, | Inv. Date: 03/25/2013 | -18.70 | 91.35 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 000857, DOC: 523 Fun, | Inv. Date: 03/25/2013 | -17.00 | 74.35 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 001282, DOC: 523 Fun, | Inv. Date: 04/18/2013 | -3.60 | 70.75 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 004567, DOC: 523 Fun, | Inv. Date: 04/30/2013 | -3.60 | 67.15 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 004568, DOC: 523 Fun, | Inv. Date: 04/30/2013 | -10.05 | 57.10 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 004570, DOC: 523 Fun, | Inv. Date: 04/30/2013 | -.40 | 56.70 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 004662, DOC: 523 Fun, | Inv. Date: 05/07/2013 | -4.75 | 51.95 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 004741, DOC: 523 Fun, | Inv. Date: 05/09/2013 | -15.95 | 36.00 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 004850, DOC: 523 Fun, | Inv. Date: 05/20/2013 | -7.95 | 28.05 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 004976, DOC: 523 Fun, | Inv. Date: 05/28/2013 | -1.35 | 26.70 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 004984, DOC: 523 Fun, | Inv. Date: 05/29/2013 | -1.95 | 24.75 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 004986, DOC: 523 Fun, | Inv. Date: 05/29/2013 | -.50 | 24.25 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 005000, DOC: 523 Fun, | Inv. Date: 05/30/2013 | -11.65 | 12.60 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 005000, DOC: 523 Fun, | Inv. Date: 05/30/2013 | -1.10 | 11.50 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 005092, DOC: 523 Fun, | Inv. Date: 06/05/2013 | -4.90 | 6.60 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 005234, DOC: 523 Fun, | Inv. Date: 06/10/2013 | -6.25 | .35 |
| 07/22/13 | Disbursements | 84 Library | 203334 | Chk #39637 | 005235, DOC: 523 Fun, | Inv. Date: 06/10/2013 | -.35 | .00 |

| | |
|---|---|
| Total Inmate Funds: | .00 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .00 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |